1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT FOR THE STATE OF CALIFORNIA

| MARK C. PRONDZINSKY, an individual, | Case No. 11-CV-00008-CRB |
|---|---|
| Plaintiff, | Assigned to the Hon. Charles R. Breyer<br>Courtroom 8, 19th Floor |
| v. | |
| FOUNTAIN GROVE MORTGAGE, INC., et al., | **ORDER GRANTING DEFENDANT OLD REPUBLIC DEFAULT MANAGEMENT SERVICES' REQUEST FOR TELEPHONIC APPEARANCE** |
| Defendants. | |
| | **Docket No. 19** |

By letter dated April 6, 2011, Defendant Old Republic Default Management Services requested to be excused from personally appearing at the Case Management Conference scheduled for April 15, 2011. Defendant advised all counsel, and no objection was received to defendant's request.

Upon consideration of the request, the Court finds good cause for excusing defendant's personal attendance and granting defendant's request. Therefore, it is hereby ordered that Defendant Old Republic Default Services, be available by telephone commencing at 8:30 a.m. Pacific Time on April 15, 2011.

///

///

1  If the Court concludes that the absence of Defendant Old Republic Default Management Services is impeding the progress of the conference, the Court may continue the conference and order personal attendance by all parties.

IT IS SO ORDERED.

Dated: April 7, 2011



CHARLES R. BREYER
United S...

Respectfully submitted,

David M. Liu (SBN 216311)
Elana J. Moeder (SBN 252909)
PITE DUNCAN, LLP
1920 Main Street, Suite 760
Irvine, CA 92614
(714) 285-2633; fax (714) 285-2668
Email: Dliu@piteduncan.com
Email: Emoeder@piteduncan.com
Attorneys for Defendant Old Republic
Default Management Services