1  **Richard Sax (SBN 80632)** *richard@rsaxlaw.com*
   **LAW OFFICES OF RICHARD SAX, P.C.**
2  448 Sebastopol Avenue
   Santa Rosa, CA. 95401
3  Telephone: (707) 525-1824
   Facsimile: (707) 525-8119
4
5  Attorney for Plaintiff MARK C. PRONDZINSKI

6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                       SAN FRANCISCO DIVISION
10

| MARK C. PRONDZINSKI, an individual, | CASE NO.: C 11-00008 CRB |
|---|---|
| Plaintiff, | Assigned to the Hon. Charles R. Breyer Courtroom 8, 19th Floor |
| v. | **ORDER GRANTING PLAINTIFF MARK C. PRONDZINSKI'S REQUEST FOR TELEPHONIC APPEARANCE** |
| FOUNTAIN GROVE MORTGAGE, INC., a California corporation; DEREK MURDOCK; CENTRAL MORTGAGE COMPANY dba CENTRAL MORTGAGE LOAN SERVICING COMPANY; OLD REPUBLIC TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

By letter dated April 11, 2011, Plaintiff Mark C. Prondzinski requested to be excused from personally appearing at the Case Management Conference scheduled for April 15, 2011, at 8:30 a.m.

Upon consideration of the request, the Court finds good cause for excusing plaintiff's personal attendance and granting plaintiff's request. Therefore, it is hereby

ordered that Plaintiff Mark C. Prondzinski be available by telephone commencing at 8:30 a.m. on April 15, 2011.

If the court concludes that the absence of Plaintiff Mark C. Prondzinski is impeding the progress of the conference, the Court may continue the conference and order personal attendance by all parties.

IT IS SO ORDERED.

Dated: April 12, 2011



Charles R. Breyer
Judge Charles R. Breyer

---

2
*Order Granting Plaintiff's Request for Telephonic Appearance*
*Prondzinski v. Central Mortgage Company, et al.*