IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK C. PRONDZINSKI,<br><br>    Plaintiff,<br><br>  v.<br><br>FOUNTAIN GROVE MORTGAGE, et al.,<br><br>    Defendants. | No. C 11-00008 CRB<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

    Plaintiff has conceded that his Real Estate Settlement Procedures Act ("RESPA") claim "does not apply" to Defendants Old Republic Title Insurance Company, Central Mortgage Company, and First California Mortgage Company. See Opp'n to Mots. to Dismiss (dkts. 38, 37, 44). Plaintiff is hereby ORDERED to provide a Supplemental Brief, not to exceed 5 pages, setting forth (1) whether he intends to pursue his RESPA claim against Defendant Fountain Grove Mortgage; and, if so, (2) why such claim is not barred by the applicable statute of limitations. The Supplemental Brief shall be submitted by July 1, 2011.

    **IT IS SO ORDERED.**

Dated: June 23, 2011

                                                    CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\8\Order for Supplemental Briefing.wpd