**ORDER**

1. Upon consideration of the request, the Court finds good cause for excusing personal attendance and granting defendant's request. Therefore, it is hereby ordered that Defendant Old Republic Default Management Services, be available by telephone commencing at 10:00 a.m. Pacific Time on July 8, 2011. Defendant advised all counsel, and no objection was received to defendant's request.

If the Court concludes that the absence of Defendant Old Republic Default Management Services is impeding the hearing, the Court may continue the hearing and order personal attendance by all parties.

IT IS SO ORDERED.

Date: ~~June~~ July 5, 2011

The Hon. Charles R. Breyer



IT IS SO ORDERED
Judge Charles R. Breyer