IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK C. PRONDZINSKI,<br><br>    Plaintiff,<br><br>  v.<br><br>FOUNTAIN GROVE MORTGAGE, et al.,<br><br>    Defendants. | No. C 11-00008 CRB<br><br>**ORDER DISMISSING FEDERAL CLAIM AND REMANDING TO STATE COURT** |

For the reasons set forth by the Court at the July 8, 2011 hearing on this matter, Plaintiff's sole federal claim is DISMISSED with prejudice as time barred. This matter is REMANDED to the Superior Court, Sonoma County, California for further proceedings.

**IT IS SO ORDERED.**

Dated: July 8, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\8\Order of dismissal and remand.wpd